

# NUMBER 13-14-00207-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**JUSTIN OLLE,**                                                                                  **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                          **Appellee.**

### On appeal from the 117th District Court
### of Nueces County, Texas.

# ORDER TO FILE APPELLATE BRIEF

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

This cause is currently before the Court on appellant's fourth motion for extension of time to file the brief. The reporter's record was filed on September 26, 2014, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant three extensions of time totaling 93

days to file the brief and appellant now seeks an additional 60 days, until March 30, 2015, to file the brief.

The Court GRANTS appellant's fourth motion to file the brief and ORDERS the Honorable Scott F. Lemanski to file the brief on or before March 30, 2015. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
9th day of February, 2015.